IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
MAY 2 4 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:19-MJ-248 |
| ) | |
| EDWIN ALEXANDER OLIVARES-CENTENO ) | |
| ) | |
| *Defendant.* ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Kurt Simard, being duly sworn, state the following:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement, Enforcement and Removal Operations (ICE/ERO) in Fairfax, Virginia. I have been employed with ICE since August of 2011. I was previously employed as a Border Patrol Agent with United States Customs and Border Protection (CBP) for three years. Over the course of my employment with CBP and ICE, I have received specialized training relating to investigating administrative and criminal violations of the Immigration and Nationality Act, Title 8 of the United States Code, and Title 18 of the United States Code, as well as training in general law enforcement techniques and operations.

2. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act, Title 8 of the United States Code, and Title 18 of the United States Code. My duties also include seeking, when applicable, the prosecution and removal of individuals unlawfully present in the United States.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for Edwin Alexander OLIVARES-CENTENO (hereafter referred to as OLIVARES-CENTENO), who forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with officers or employees of the United States (as designated in Title 18, United States Code, Section 1114) while engaged in the performance of their official duties, in violation of Title 18, United States Code, Section 111(a)(1) (assaulting, resisting, or impeding certain officers or employees).

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during the course of this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about May 15, 2019, ICE ERO officers assigned to the Fugitive Operations Team (FOT), were – as a part of their official duties – attempting to locate and apprehend OLIVARES-CENTENO in Alexandria, Virginia, which is within the Eastern District of Virginia. ICE FOT officers are "officers or employees of the United States" under 18 United States Code § 1114.

6. ICE had previously identified OLIVARES-CENTENO as an alien that was ordered removed by an immigration judge on or around October 28, 2005. ICE had received information that OLIVARES-CENTENO was residing at an address on Essex Court in Alexandria, Virginia.

7. On or about May 15, 2019, ICE FOT officers Florentino, Guedel, Dunn, and Crosby were conducting surveillance on the Essex Court residence and on a Honda Civic registered to OLIVARES-CENTENO that was located outside the residence. At around 5:30 AM, the officers

observed OLIVARES-CENTENO leave the residence and approach his vehicle. The officers were able to identify OLIVARES-CENTENO from photographs obtained from immigration databases. As the officers approached OLIVARES-CENTENO, they identified themselves and asked OLIVARES-CENTENO to provide identification. OLIVARES-CENTENO provided the officers with a national ID card from El Salvador bearing his biographical information. At that point, OLIVARES-CENTENO began acting evasively by opening one of the doors of his vehicle, placing it between himself and the officers. As Officer Guedel attempted to move in and arrest OLIVARES-CENTENO, OLIVARES-CENTENO forcefully shoved Officer Guedel away from him and attempted to flee on foot before he was stopped by the officers. After a brief struggle, the officers were able to place OLIVARES-CENTENO under arrest. However, Officers Guedel and Dunn, as well as OLIVARES-CENTENO, sustained injuries as a result the struggle. Officers Guedel and Dunn, and OLIVARES-CENTENO, were transported to a nearby hospital for treatment. Both officers required X-rays and were prescribed pain medication for their injuries and subsequently discharged from the hospital.

(CONTINUED ON NEXT PAGE)

## CONCLUSION

8.  Based on the foregoing, I submit that there is probable cause to believe that on or about May 15, 2019, in Alexandria, Virginia, within the Eastern District of Virginia, the defendant, Edwin Alexander OLIVARES-CENTENO, forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with officers or employees of the United States (as designated in Title 18, United States Code, Section 1114) while engaged in the performance of their official duties, in violation of Title 18, United States Code, Section 111(a)(1).

_____
Kurt Simard
Deportation Officer
United States Immigration and Customs Enforcement

Sworn to and subscribed before me
This 24th day of May 2019.

_____/s/_____
John F. Anderson
United States Magistrate Judge
The Honorable John F. Anderson
United States Magistrate Judge
Alexandria, Virginia

4